**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 2, 2013

By Electronic Mail

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
500 Pearl Street, Room 725
New York, New York 10007
E-mail: alcarternysdchambers@nysd.uscourts.gov

  Re: United States v. Thomas C. Conradt,
     12 Cr. 887 (ALC)

Dear Judge Carter:

  The Government respectfully writes, with the consent of defense counsel Catherine Redlich, Esq., to request that the Court adjourn the sentencing of the defendant Thomas Conradt, which currently has a control date of October 3, 2013 at 10:00 a.m., for an additional six months.

         Respectfully submitted,

         PREET BHARARA
         United States Attorney

      By: //s// David B. Massey_____
         John T. Zach
         David B. Massey
         Assistant United States Attorneys
         (212) 637-2410/2283

cc: Catherine Redlich, Esq. (CRedlich@driscollredlich.com)

*Application granted.*
*Sentencing adjourned to*
*4-11-14 at 3:00 p.m.*
*So Ordered.*

*/s/ Andrew L. Carter*
10-2-13