**MEMO ENDORSED**

# DRISCOLL & REDLICH
Tower 45
120 West 45th Street, Suite 2801
New York, NY 10036

11-5-14

Catherine L. Redlich
credlich@driscollredlich.com

Telephone (212) 986-4030
Facsimile (212) 986-4050

October 21, 2014



**Via Electronic Mail**

The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

RECEIVED
OCT 2014
ANDREW L. CARTER, JR.
U.S. DISTRICT JUDGE
S.D.N.Y.

Re: United States v. Thomas C. Conradt,
12 Cr. 887 (ALC)

Dear Judge Carter,

I represent Thomas C. Conradt in the above-referenced case. Mr. Conradt entered a guilty plea before this Court on April 3, 2013, and has been cooperating with the government in its ongoing investigation since that time. His sentencing is currently scheduled for April 10, 2015. He is a resident of Colorado.

This letter is respectfully submitted to request the Court's permission for Mr. Conradt to travel to Puerto Vallarta, Mexico during the period February 2-10, 2015, for the purpose of getting married. The government, through AUSA Andrew Bauer, consents to Mr. Conradt's request to travel outside the United States for this occasion. I have also spoken to Mr. Conradt's pre-trial officer, Jordan Buesher, of the District of Colorado, who is aware of Mr. Conradt's travel request. Mr. Buesher informed me that his office does not take a position on international travel, but he can advise the Court that Mr. Conradt has been fully compliant during the two years he has been under pretrial supervision, and is no longer required to comply with a regular call-in schedule.

Mr. Conradt, if permitted to travel, will be staying at the Marival Hotel, Blvd. Paseo Cocoteros S/N Nuevo Vallarta, Nayarit, México 63732. Pretrial Services will have complete contact information for him.

Thank you for Your Honor's consideration.

Respectfully yours,

*Catherine Redlich*

Catherine L. Redlich

cc: AUSA Andrew Bauer

The application is  ✓ granted.
                    ___ denied.

*Andrew Carter*

Andrew L. Carter Jr, U.S.D.J.
Dated: November 5, 2014
NY, New York