UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

-v-

THOMAS CONRADT, et al.,

                Defendants.

------------------------------------------------------------x

12 Cr. 887 (ALC)

**ORDER**

2/2/2015

**ANDREW L. CARTER, JR., United States District Judge:**

    For the reasons stated on the record at the December 18, 2014 status conferences, time from January 22, 2015 to February 23, 2015 is excluded in the interests of justice as to Defendants Thomas Conradt, David Weishaus, Trent Martin and Daryl Payton. In addition, for the reasons stated on the record at the January 23, 2015 conference, time is excluded from January 12, 2015 to February 23, 2015 as to Defendant Benjamin Durant. *See, e.g., United States v. Cephas*, 937 F.2d 816, 821 (2d Cir. 1991) ("Under the speedy trial act, . . . delay attributable to a codefendant is excludable speedy trial time as to all defendants.") (quoting *United States v. Nixon*, 779 F.2d 126, 130 (2d Cir. 1985)).

**SO ORDERED.**

Dated: February 2, 2015

       New York, New York

                                            ANDREW L. CARTER, JR.
                                            United States District Judge